Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TURRON UPTON ) | Case No. ED CV 08-389-ABC (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| ANTHONY HEDGPETH, et al., ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and the action be dismissed.

DATED:  3-27-08               .

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\UPTON, D 389\Judgment.wpd